**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-1996**

KELINA BALTIMORE-CLARK,

Plaintiff - Appellant,

versus

KINKO'S, Incorporated; BARBARA S. STEVENSON,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-02-3120-8-DKC)

Submitted: January 21, 2004          Decided: April 1, 2004

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Fatai A. Suleman, AMOROW & KUM, PA, Takoma Park, Maryland, for Appellant. Thomas Patrick Dowd, LITTLER MENDELSON, Washington, D.C., for Appellee Kinko's, Incorporated; Barbara S. Stevenson, Germantown, Maryland, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kelina Baltimore-Clark appeals the district court's order dismissing her claims of race discrimination and negligent hiring, retention, or supervision.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Baltimore-Clark v. Kinko's, Inc., No. CA-02-3120-8-DKC (D. Md. filed July 7, 2003 & entered July 9, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED